UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Al H. Zayid, | Court File No. 05-509 (MJD/JGL) |
| Plaintiff, | |
| v. | **ORDER** |
| Twin Cities Food Services, L.L.C., d/b/a Minnesota Vikings Food Services, Inc. | |
| Defendant. | |

---

Based upon the Stipulation of the parties, IT IS HEREBY ORDERED that the above-captioned matter is hereby DISMISSED WITH PREJEDUCE.

IT IS SO ORDERED.

BY THE COURT


Dated: May 25, 2006.                s / Michael J. Davis
                                    The Honorable Michael J. Davis
                                    Judge of United States District Court